UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTA ALICIA MEJIA and E.G.S., a minor,

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al.,

    Defendants.

Case No. 1:18-cv-2096 (RC)

## ORDER

Before the Court is plaintiffs' Emergency Motion for a Temporary Restraining Order. Because plaintiffs filed this motion after business hours, and plaintiff Mejia is scheduled for removal tomorrow morning, this matter is before the undersigned as the scheduled emergency motions judge pursuant to Local Civil Rule 57.8(c). The Court took the unusual step of holding an *ex parte* hearing on the application (which plaintiff failed to serve on the government) only in light of the emergency nature of the request. Upon consideration of Plaintiffs' Motion, and for the reasons stated in open court, it is HEREBY ORDERED that Defendants, their agents, and any persons acting in concert with them are enjoined from removing Plaintiff Marta Mejia from the United States pending further review of the merits by the presiding judge.

CHRISTOPHER R. COOPER
United States District Judge

Date: September 6, 2018