**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARTA ALICIA MEJIA and E.G.S., a minor,**<br><br>　　　　**Plaintiffs**,<br><br>　v.<br><br>**U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL.,**<br><br>　　　　**Defendants**. | Case No. 1:18-cv-02096-PLF<br><br>Judge Paul L. Friedman |

## JOINT STATUS REPORT

　　　The Parties respectfully submit this joint status report in compliance with this Court's order dated September 11, 2018 and agree to the following proposed briefing schedule.

　　　1.　　On September 14, 2018, Plaintiffs shall file their Motion for Preliminary Injunction and any accompanying affidavits.

　　　2.　　On September 18, 2018, Defendants shall file their Response to Plaintiffs' Motion for Preliminary Injunction.

　　　3.　　On September 19, 2018, Plaintiffs shall file their Reply in Support of their Motion for Preliminary Injunction.

Dated: September 12, 2018.

　　　　　　　　　　　　　　　　　　　　/s/Claudia O'Brien
　　　　　　　　　　　　　　　　　　　　Claudia O'Brien, DC Bar No. 447354
　　　　　　　　　　　　　　　　　　　　Timilin Sanders, DC Bar No. 989110
　　　　　　　　　　　　　　　　　　　　Clayton LaForge, DC Bar No. 1033938

　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　555 Eleventh Street, NW
　　　　　　　　　　　　　　　　　　　　Washington DC 20004
　　　　　　　　　　　　　　　　　　　　(202) 637-2200

claudia.o'brien@lw.com

*Attorneys for Plaintiffs*

JESSIE K. LIU,
D.C. Bar #472845
United States Attorney
District of Columbia

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By: */s/ Heather Graham-Oliver*
Heather Graham-Oliver
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2520 (phone)
(202) 252-2599 (fax)
Heather.graham-oliver@usdoj.gov

2