UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTA ALICIA MEJIA and<br>E.G.S., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S IMMIGRATION AND CUSTOMS<br>ENFORCEMENT ("ICE"), ET AL.,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-02096-PLF<br><br>Judge Paul L. Friedman |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Marta Alicia Mejia and her five-year-old de facto son, E.G.S., a minor child (collectively, "Plaintiffs") respectfully move this Court for a preliminary injunction enjoining Defendants U.S. Immigration and Customs Enforcement, a federal agency; U.S. Department of Homeland Security, a federal agency; U.S. Customs and Border Protection, a federal agency; U.S. Citizenship and Immigration Services, a federal agency; Thomas Homan, Acting Director, U.S. Immigration and Customs Enforcement; Daniel Bible, San Antonio Field Office Director, ICE; Andrew Huron, San Antonio Assistant Field Office Director, ICE; Kirstjen M. Nielson, Secretary, U.S. Department of Homeland Security; Jefferson Beauregard Sessions III, United States Attorney General; L. Francis Cissna, Director, U.S. Citizenship and Immigration Services; and Kevin K. McAleenan, Acting Commissioner, U.S. Customs and Border Protection (collectively, "Defendants") from continuing to forcibly separate Ms. Mejia from E.G.S.

Plaintiffs request that the Court preliminarily (1) enjoin Defendants from the unlawful forced separation of Ms. Mejia and her de facto son E.G.S.; (2) order that Defendants not oppose the release of Ms. Mejia and her family on their own recognizance or if deemed necessary under appropriate restrictive conditions; (3) enjoin Defendants from removing Ms. Mejia from the United States until she is reunited with E.G.S.; and (4) in the event that Ms. Mejia is not permitted to

remain in the United States, enjoin Defendants from removing Ms. Mejia without her son, absent Ms. Mejia's permission or a hearing before a court where the government demonstrates that it is not in the child's best interest to be reunified with Ms. Mejia.

In support of this motion, Plaintiffs rely on the attached memorandum and the exhibits in support thereof, which establish that Plaintiffs are likely to succeed on the merits and will suffer irreparable harm absent preliminary relief.

Counsel for Mejia conferred with counsel for Defendants' regarding Plaintiffs' request for preliminary relief; they oppose.

Respectfully submitted this 14th day of September, 2018,

/s/ Timilin Sanders
Claudia O'Brien, DC Bar No. 447354
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938

LATHAM & WATKINS LLP
555 Elevenths Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
timilin.sanders@lw.com