# EXHIBIT B

## DECLARATION OF KATHRINE RUSSELL

1. My name is Kathrine Russell. I'm an attorney at the Refugee and Immigrant Center for Education and Legal Services.

2. I am counsel for Ms. Marta Alicia Mejia and currently represent her in immigration matters before the Department of Homeland Security.

3. My colleagues and I have attempted to visit with Ms. Marta Alicia Mejia to execute a declaration in support of this petition, but we have been unsuccessful due to unusually long waiting times (of four hours or more) to see clients at the facility where she is being held.

4. I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 14th day of September, 2018.

X _____
Kathrine Russell