# EXHIBIT C

# DECLARACION JURADA

Yo, **ANA DEBORA LONE MEJIA**, Mayor de edad, Soltera, de Oficios Domésticos, Hondureña, Identidad 0505-1999-00829 y de este domicilio, en pleno goce y ejercicio de mis derechos civiles y uso de mis facultades mentales, por medio del presente documento **BAJO JURAMENTO DECLARO**: Que, tras haber cumplido la edad de 18 años, en fecha seis (06) de Junio del Año Dos Mil Trece, parí a un niño, al cual puse por nombre E_____ G_____, de apellidos S_____, identidad # 0501-2013-09200, al cual, un (1) mes después de haber traído al mundo a mi menor hijo E_____ G_____ S_____ **ENTREGUE SU GUARDA Y CUIDADO**, a mi Madre, la señora **MARTA ALICIA MEJIA**, mayor de edad, soltera, de Oficios Domesticos, con tarjeta de identidad # 0510-1957-00006, y es con ella con quien ha convivido toda la vida. De igual manera manifiesto que, el padre de mi menor hijo, señor **PEDRO ANTONIO SANTOS ARGUIJO**, identidad # 0318-1993-02014, nunca se hizo cargo de su hijo, fue y hasta la fecha, ha sido un padre Ausente, en la vida del menor e irresponsable con sus deberes y obligaciones Paternas.

De igual manera **Declaro**, que autorice a mi Madre, la señora **MARTA ALICIA MEJIA**, para que, junto con mi menor hijo, E_____ G_____ S_____, viajara con destino a los Estados Unidos de Norte América, ya que por motivos de seguridad personal para ellos, (corre riesgo la vida de ambos), prefiero que vivan y/o residan fuera del país; que la presente declaración la extiendo, consciente de la responsabilidad que conlleva su emisión, y con el propósito de que sirva de prueba/requisito, para que pueda realizar cualquier gestión y/o tramite, ante las **Autoridades del Departamento de Migración y Naturalización**, y cualquier otro Organismo del Gobierno Estatal y/o Federal de los Estados Unidos de Norte América, referente al estatus o situación migratoria de mi Madre, la señora **MARTA ALICIA MEJIA**, y mi menor hijo E_____ G_____ L S_____, Menor de edad, Identidad 0501-2013-09200. Son anexos de la presente los siguientes documentos: **1.**- Fotocopia cedula de Identidad de la señora **ANA DEBORA LONE MEJIA**. **2.**- Certificación de Acta de Nacimiento Original del menor E_____ G_____ S_____. **3.**- Fotocopia cedula de Identidad de la señora **MARTA ALICIA MEJIA**.

Para los fines que a los interesados convenga, se extiende y firma la presente Declaración Jurada, en la ciudad de San Pedro Sula, a los veintitrés (23) días del mes de Julio del año dos mil dieciocho (2018).

**ANA DEBORA LONE MEJIA.**
0505-1999-00829






VALOR LPS. 500.0
SERIE "A"

Colegio de Abogados de Honduras
Certificado de Autenticidad    N° 2286671

El Infrascrito Abogado y Notario Ramón Alfredo Silva Ortega con domicilio en esta ciudad de San Pedro Sula, departamento de Cortes, Con oficinas en la Una y Dos calle, primera y segunda avenida, Edificio Camisería Bolivar local No 203, barrio el Centro en esta Ciudad, inscrito con Carnet Numero Mil Seiscientos Cuarenta y Cuatro (1644), en el Colegio de Abogados de Honduras he inscrito en La Corte Suprema de Justicia bajo el Numero Novecientos Cincuenta y Dos (952)- CERTIFICA: Que la firma que calza en el documento denominado DECLARACION JURADA otorgada por la señora ANA DEBORA LONE MEJIA donde Declara Bajo Juramento, Que otorga la Guarda y Cuidado de su menor hijo E█████ G█████ S█████ █████ a su Madre MARTA ALICIA MEJIA. que la autorizó para que mi menor hijo pueda viajar con destino a los Estados Unidos de Norte América, en su compañía, la Autorizo para que pueda realizar cualquier gestión y/o tramite, ante las Autoridades del Departamento de Migración y Naturalización y cualquier otro Organismo del Gobierno Estatal y/o Federal de los Estados Unidos de Norte América, referente al estatus o situación migratoria de mi menor hijo.- Dicha firma y contenido de la declaración Jurada ES AUTENTICA por ser de mi conocimiento y ser la firma que utiliza para todos sus actos y contratos de todo lo cual Yo, el Notario DOY FE.- San Pedro Sula, Cortés 23 de Julio del año 2018.

════════════════════════════════════ULTIMA LINEA════════════════════════════════════



**AFFIDAVIT**

I, **ANA DEBORA LONE MEJIA**, am a single adult and homemaker, from Honduras. Identification number 0505-1999-00829 at this address, in full exercise of my civil rights and in full capacity of my mental faculties, I **DECLARE UNDER OATH** through this document; that after my 18th birthday, on June six (06) of two thousand, thirteen, I gave birth to a boy, whom I named E█████ G████████, with last name S████████ Identification number 0501-2013-09200, one (1) month after my minor son's, E█████ G████████ S████████, birth, I granted his guard and care to my mother, Mrs. **MARTA ALICIA MEJIA**, a single adult and homemaker with Identification card number 0510-1957-00006, and she is the one who he has lived with since.
In the same way, it is clear that the father of my youngest son, Mr. **PEDRO ANTONIO SANTOS ARGUIJO**, with identification number 0318-1993-02014, has never taken care of his son. He has been absent in the life of the minor and irresponsible with his parental duties and obligations.

In this document, I also **declare** that I authorized my mother, **MARTA ALICIA MEJIA**, so that, together with my youngest son, E█████ G████████ S████████, could travel to the United States of America, for reasons of personal safety to them, (their lives are at risk), I rather have them living outside our country; I extend the present statement, aware of the responsibility that entails its emission, and with the purpose of serving as proof/requirement, so they can perform any procedure, at the **United States of America Immigration and Naturalization Department** and at any other State or Federal agency in the United States of America in reference on my mother's immigration status (**MARTA ALICIA MEJIA**) and my son E█████ G████████ S████████, minor, with identification number 0501-2013-09200. I hereby attach the following documents: **1.** Copy of an official identification card for **ANA DEBORA LONE MEJIA. 2.** Original birth certificate for E█████ G████████ S████████. **3.** Copy of an official identification card for **MARTA ALICIA MEJIA.**

For the purposes to which the interested parties agree, the present sworn statement is extended, in the city of San Pedro Sula, on the twenty-third (23) day of the month of July of the year two thousand and eighteen (2018).

ANA DEBORA LONE MEJIA
0505-1999-00829

Certificate of Authenticity
Honduran Bar Association
Number 2286671

The undersigned lawyer and notary Ramon Alfredo Silva Ortega residing in this city of San Pedro Sula, of Cortes department, with offices at Una and Dos Street, Primera and Segunda Avenue, building Camisería Bolivar number 203, in downtown, enrolled with license number one thousand, six hundred and forty-four (1644), at the Honduran Bar Association and enrolled in the supreme court of justice under number nine hundred and fifty-two (952)- CERTIFIES: that the signature on the document with the title AFFIDAVIT given by ANA DEBORA LONE MEJIA where she declares under oath that she grants the care and custody of her minor son, E▮▮▮▮ G▮▮▮▮ S▮▮▮▮ ▮▮▮▮, to her mother MARTA ALICIA MEJIA. who authorized the minor to travel to the United States of America, in her company, the authorization is so that they can perform any procedure, at the United States of America Immigration and Naturalization Department and at any other State or Federal agency in the United States of America, regarding the Immigration status of the minor child.- The signature and content of the affidavit is AUTHENTIC as it is my knowledge and it is the signature used for all other acts and contracts of which I, the Notary ATTEST- San Pedro Sula, Cortés July 23, 2018.

---------------------------------------------- LAST LINE ------------------------------------------------

SEAL:
NOTARY #952
RAMON ALFREDO SILVA ORTEGA
REPUBLIC OF HONDURAS

I Claudia A. Yaujar-Amaro, certify that I am fluent (conversant) in the English and Spanish languages, and that the above/attached documents are an accurate translation of the document attached entitled AFFIDAVIT and CERTIFICATE OF AUTHENTICITY.

Signature _____
Date: 09/04/18
AB&C Bilingual Resources LLC
110 S. Main St. Suite 101
Wichita, KS. 67202