# EXHIBIT D

## Constancia

21/08/2018   Día Martes

Yo Alejandro Jesús García, presidente del patronato de la Colonia Vida Nueva Sector Cofradía Cortes,

Con ID # 0419-1974-00015

Hago constar que conozco a la señora Marta Alicia Mejía desde hace muchos años, hago constar que ella se a hecho cargo de su nieto E▮▮▮ G▮▮▮ S▮▮▮ ▮▮▮ desde su nacimiento, haciendo constar que a sido responsable de su manutención.

*Alejandro de Jesús G*

Alejandro Jesús García

Presidente de patronato

## CERTIFICATE

August 21, 2018          Tuesday

I Alejandro Jesús García, president of the board of the Vida Nueva Sector Community Cortes Association,

With ID # 0419-1974-00015

I affirm that I have known Ms. Marta Alicia Mejía for many years, I affirm that she has assumed care of her grandson [EGS] since his birth, affirming that she has been responsible for his upbringing.

/s/
Alejandro Jesús García
President of the board

---

## CERTIFICATE OF TRANSLATION

I, Kathrine Russell, certify that I am fluent in Spanish and English, and I certify that this translation is true and accurate to the best of my ability.

/s/

Kathrine Russell
802 Kentucky Ave
San Antonio, TX 78201