# EXHIBIT E

**Declaration of Marta Mejia (A 215 720 900)**
**In Support of a Finding of Credible Fear**

    I, Marta Mejia, declare under penalty of perjury that the following is true and accurate to the best of my knowledge, recollection and abilities:

1. My name is Marta Mejia, I was born on December 24, 1957, in Santa de Loja, Cortes, Honduras. I am currently detained at the Pearsall, Texas, immigration detention center.

2. I started a relationship with Zacarias Bu ("Zacarias"), the father of my children when I was seventeen years old. Zacarias was about 22 years old at the time. Zacarias and I were together ten years, and during that time he mistreated me. For example, I still have a scar from where he my scalp with a machete. When he cut me with a machete I went to the hospital. When I got out he said I had to go back with him or he'd kill me. Zacarias also murdered our third child, Amilcar, by beating him so badly that he died. Zacarias later committed suicide by hanging himself.

3. I was eventually able to run away with my children. After we ran away, I lived as a single mom with my kids. I later started a relationship with Rafael, we met because he worked close to where I lived. Reyna Marina Bu-Mejia ("Reyna"), my daughter, got pregnant around that time and gave birth to Ana Debora Mejia, but Reyna was unable to care for Ana Debora so I registered Ana Debora as my daughter. Rafael mistreated me a lot as I said in my credible fear interview. He also raped Ana Debora when she was seven. I didn't know this had happened because I had been working when it happened.

4. A man named Pedro Santos also raped Ana Debora. Ana Debora's son, E___, is a product of the rape. When I found out Pedro raped Ana Debora, I confronted him. Pedro did not like that I had confronted him and he left our house but said he'd be back to kill me and Ana Debora. He threatened And Debora that if she told anyone about what he'd done, he'd kill her. We were very scared and abandoned my house, gave up all I had. However, I was convinced Pedro to register himself as E___' father. Ana Debora, E___ and I went to live at my friend's house.

5. The situation in Honduras is very dangerous. On December 21, 2017, I was caught in a shootout between gang members and police had to get down on the ground, scared me. Also, Edras's uncle, Manuel Santos, was killed for selling drugs in 2017 by other narcos. I was scared they'd kill E___ and me because they narcos knew we were Manuel's family – we lived next door.

6. I came to U.S. because I was a witness to my son-in-law's death as I said in the interview. I was very afraid the gang members would kill me because I was a witness to their crime and because I am a family member of the person they have targeted.

7. On the day of the interview I was in shock from losing my grandson. It was so cold, I did not want to talk or think of anything but him. In my mind I prayed to God he'd help me answer the questions but it was so hard. All I want is to be back with all my children and grandchildren.

Dated: 08/07/2018

_____
Marta Alicia Mejia