# EXHIBIT F

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

# Record of Determination/Credible Fear Worksheet

| SNA | ZHN | 215 720 900 | MEJIA |
|---|---|---|---|
| District Office Code | Asylum Office Code | Alien's File Number | Alien's Last/ Family Name |
| Santos | Oscar | Honduras | |
| Asylum Officer's Last Name | Asylum Officer's First Name | Alien's Nationality | |

*All statements in italics must be read to the applicant*

**SECTION I:**            **INTERVIEW PREPARATION**

1.1  06/01/2018
Date of arrival [MM/DD/YY]

1.2  At an unknown location
Port of arrival

1.3  6/1/2018
Date of detention [MM/DD/YY]

1.4  South Texas Detention Facility, 566 Veterans Drive, Pearsall, TX 78061
Place of detention

1.5  6/2/2018
Date of AO orientation [MM/DD/YY]

1.6  N/A
If orientation more than one week from date of detention, explain delay

1.7  6/15/2018
Date of interview [MM/DD/YY]

1.8  Pearsall, TX
Interview site

1.9  ☒ Applicant received and signed Form M-444 and relevant *pro bono* list on    6/2/2018
Date signed [MM/DD/YY]

1.10  Does applicant have consultant(s)?    ☐ Yes    ☒ No
1.11  If yes, consultant(s) name, address, telephone number and relationship to applicant

1.12  Persons present at the interview (check which apply)
1.13  ☐ Consultant(s)
1.14  ☒ Other(s), list: INTERPRETER (TELEPHONIC)
1.15  ☐ No one other than applicant and asylum officer

1.16  Language used by applicant in interview: Spanish

1.17  Language Line# 201379 Telephonic    ☒ Yes  ☐ No    0935h    1100h
Interpreter Service, Interpreter ID Number.    Interpreter Has Forms    Time Started    Time Ended

1.18  _____    ☐ Yes  ☐ No    _____    _____
Interpreter Service, Interpreter ID Number.    Interpreter Has Forms    Time Started    Time Ended

1.19  _____    ☐ Yes  ☐ No    _____    _____
Interpreter Service, Interpreter ID Number.    Interpreter Has Forms    Time Started    Time Ended

1.20  ☒ Interpreter was not changed during the interview
1.21  ☐ Interpreter was changed during the interview for the following reason(s):
    1.22  ☐ Applicant requested a female interpreter replace a male interpreter, or *vice versa*
    1.23  ☐ Applicant found interpreter was not competent    1.24  ☐ Applicant found interpreter was not neutral
    1.25  ☐ Officer found interpreter was not competent    1.26  ☐ Officer found interpreter was not neutral
    1.27  ☐ Bad telephone connection

1.28  ☒ Asylum officer read the following paragraph to the applicant at the beginning of the interview:

*The purpose of this interview is to determine whether you may be eligible for asylum or protection from removal to a country where you fear persecution or torture. I am going to ask you questions about why you fear returning to your country or any other country you may be removed to. It is very important that you tell the truth during the interview and that you respond to all of my questions. This may be your only opportunity to give such information. Please feel comfortable telling me why you fear harm. U.S. law has strict rules to prevent the disclosure of what you tell me today about the reasons why you fear harm. The information you tell me about the reasons for your fear will not be disclosed to your government, except in exceptional circumstances. The statements you make today may be used in deciding your claim and in any future immigration proceedings. It is important that we understand each other. If at any time I make a statement you do not understand, please stop me and tell me you do not understand so that I can explain it to you. If at any time you tell me something I do not understand, I will ask you to explain.*

Form I-870 (Rev. 11/21/03) N Page 1

| Alien's File Number: | A215 720 900 |
|---|---|

## SECTION II: BIOGRAPHIC INFORMATION

2.1 MEJIA
Last Name/ Family Name [ALL CAPS]

2.2 Marta
First Name

2.3 Alicia
Middle Name

2.4 12/25/1957
Date of birth [MM/DD/YY]

2.5 Female
Gender

2.6 None
Other names and dates of birth used

2.7 Honduras
Country of birth

2.8 Honduras
Country (countries) of citizenship (list all)

2.9 San Pedro Sula, Cortes, Honduras
Address before coming to the U.S. (List Address, City/Town, Province, State, Department, and Country).

2.10 Hispanic
Applicant's race or ethnicity

2.11 Christian
Applicant's religion

2.12 Spanish
All languages spoken by applicant

2.13 Marital status: ☒ Single ☐ Married ☐ Legally separated ☐ Divorced ☐ Widowed
2.14 Did spouse arrive with applicant? ☐ Yes ☐ No
2.15 Is spouse included in applicant's claim? ☐ Yes ☐ No
2.16 If currently married (including common-law marriage) list spouse's name, citizenship, and present location (if with applicant, provide A-Number):

2.17 Children: ☒ Yes ☐ No
2.18 List any children (Use the continuation section to list any additional children):

| Date of birth (MM/DD/YY) | Name | Citizenship | Present location (If w/ PA, list A-Numbers) | Did child arrive with PA? | | Is child included in PA's claim? | |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | Yes | No |
| 12/17/1974 | Reina Marina Bu-Mejia | Honduras | USA | ☒ | ☐ | ☐ | ☒ |
| | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ |

Form I-870 (Rev. 11/01/00) N Page 2

| Alien's File Number: | A215 720 900 |
|---|---|

2.19  Does applicant claim to have a medical condition (physical or mental), or has the officer observed any indication that a medical condition exists? If YES, answer questions 2.20 and 2.21 and explain below.    ☐ Yes  ☒ No

    2.20  Has applicant notified the facility of medical condition?    ☐ Yes  ☐ No
    2.21  Does applicant claim that the medical condition relates to torture?    ☐ Yes  ☐ No

2.22  Does the applicant have a relative, sponsor, or other community ties, including spouse or child already listed above?    ☒ Yes  ☐ No

    2.23  If YES, provide information on relative or sponsor (use continuation section, if necessary):

Rina Martinez
Name

Houston, Texas
Address

Like a daughter
Relationship

281-746-5549
Telephone Number

☐ Citizen    ☒ Legal Permanent Resident    ☐ Other _____

## SECTION III:  CREDIBLE-FEAR INTERVIEW

The following notes are not a verbatim transcript of this interview. These notes are recorded to assist the asylum officer in making a credible-fear determination and the supervisory asylum officer in reviewing the determination. There may be areas of the individual's claim that were not explored or documented for purposes of this threshold screening.

The asylum officer must elicit sufficient information related to both credible fear of persecution and credible fear of torture to determine whether the applicant meets the threshold screening. Even if the asylum officer determines in the course of the interview that the applicant has a credible fear of persecution, the asylum officer must still elicit any additional information relevant to a fear of torture. Asylum officers are to ask the following questions and may use the continuation sheet if additional space is required. If the applicant replies YES to any question, the asylum officer must ask follow-up questions to elicit sufficient details about the claim to make a credible-fear determination.

3.1  a. *Have you or any member of your family ever been mistreated or threatened by anyone in any country to which you may be returned?*

☒ Yes  ☐ No

See Q&A

b. *Do you have any reason to fear harm from anyone in any country to which you may be returned?*

☒ Yes  ☐ No

See Q&A

c. *If YES to questions a or b: Was it or is it because of any of the following reasons?* (Check each of the following boxes that apply.)

☐ Race    ☐ Religion    ☐ Nationality    ☐ Membership in a particular social group    ☐ Political Opinion

See Q&A

Form I-870 (Rev. 11/21/03) N Page 3

| Alien's File Number: | A215 720 900 |
|---|---|

3.2 ☒ At the conclusion of the interview, the asylum officer must read the following to applicant:

If the Department of Homeland Security determines you have a credible fear of persecution or torture, your case will be referred to an immigration court, where you will be allowed to seek asylum or withholding of removal based on fear of persecution or withholding of removal under the Convention Against Torture. The Field Office Director in charge of this detention facility will also consider whether you may be released from detention while you are preparing for your hearing. *If the asylum officer determines that you do not have a credible fear of persecution or torture, you may ask an Immigration Judge to review the decision. If you are found not to have a credible fear of persecution or torture and you do not request review, you may be removed from the United States as soon as travel arrangements can be made. Do you have any questions?*

SEE Q+A

3.3 ☒ At the conclusion of the interview, the asylum officer must read a summary of the claim, consisting of the responses to Questions 3.1 a-c and information recorded in the Additional Information/Continuation section, to applicant.

****Typed Question and Answer (Q&A) interview notes and a summary and analysis of the claim must be attached to this form for all negative credible-fear decisions. These Q&A notes must reflect that the applicant was asked to explain any inconsistencies or lack of detail on material issues and that the applicant was given every opportunity to establish a credible fear.

**SECTION IV:**          **CREDIBLE FEAR FINDINGS**

**A.   Credible Fear Determination:**

Credibility

4.1 ☒ ~~There is a significant possibility that the assertions underlying the applicant's claim could be found credible in a full asylum or withholding of removal hearing.~~ *The applicant is found credible.*

4.2 ☐ Applicant found not credible because (check boxes 4.3-4.5, which apply):

    4.3 ☐ Testimony was internally inconsistent on material issues.

    4.4 ☐ Testimony lacked sufficient detail on material issues.

    4.5 ☐ Testimony was not consistent with country conditions on material issues.

Nexus

4.6 ☐ Race    4.7 ☐ Religion    4.8 ☐ Nationality    4.9 ☐ Membership in a Particular Social Group

(Define the social group): _____

4.10 ☐ Political Opinion    4.11 ☐ Coercive Family Planning [CFP]    4.12 ☒ No Nexus

Credible Fear Finding

4.13 ☐ Credible fear of **persecution** established.
OR
4.14 ☐ Credible fear of **torture** established.
OR
4.15 ☒ Credible fear of persecution NOT established and there is not a significant possibility that the applicant could establish eligibility for withholding of removal or deferral of removal under the Convention against Torture.

**B.   Possible Bars:**

4.16 ☐ Applicant could be subject to a bar(s) to asylum or withholding of removal (check the box(es) that applies and explain on the continuation sheet):

    4.17 ☐ Particularly Serious Crime    4.18 ☐ Security Risk    4.19 ☐ Aggravated Felon

    4.20 ☐ Persecutor    4.21 ☐ Terrorist    4.22 ☐ Firmly Resettled

    4.23 ☐ Serious Non-Political Crime Outside the United States

4.24 ☒ Applicant does not appear to be subject to a bar(s) to asylum or withholding of removal.

Form I-870 (Rev. 11/21/03) N Page 4

| Alien's File Number: | A215 720 900 |
|---|---|

**C.   Identity:**

4.25 ☒ Applicant's identity was determined with a reasonable degree of certainty (check the box(es) that applies):

    4.26 ☒ Applicant's own credible statements. (If testimony is credible overall, this will suffice to establish the applicant's identity with a reasonable degree of certainty.)

    4.27 ☐ Passport, which appears to be authentic.

    4.28 ☐ Other evidence presented by applicant or in applicant's file (List): _____

4.29 ☐ Applicant's identity was not determined with a reasonable degree of certainty. (Explain on the continuation sheet.)

**SECTION V:     ASYLUM OFFICER / SUPERVISOR NAMES AND SIGNATURES**

| 5.1 | Oscar Santos, ZHN 387 | 5.2 | [signature] | 5.3 | 6/18/2018 |
|---|---|---|---|---|---|
| | Asylum officer name and ID CODE (print) | | Asylum officer's signature | | Decision date |
| 5.4 | **Richard Toves** | 5.5 | [signature] | 5.6 | **JUN 1 9 2018** |
| | Supervisory Asylum Officer | | Supervisor's signature | | Date supervisor approved decision |

**ADDITIONAL INFORMATION/CONTINUATION**

| See Q&A |
|---|
| |

Form I-870 (Rev. 11/21/03) N Page 5

5

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line 201379
Start: 0935 a.m. CST   Stop: 1100 a.m. CST

## CREDIBLE FEAR
## Questions & Answers

NOTE: THE FOLLOWING NOTES ARE NOT A VERBATIM TRANSCRIPT OF THIS INTERVIEW. THESE NOTES ARE RECORDED TO ASSIST THE INDIVIDUAL OFFICER IN MAKING A CREDIBLE FEAR DETERMINATION AND THE SUPERVISORY ASYLUM OFFICER IN REVIEWING THE DETERMINATION.

Location of Applicant: **LaSalle County Regional Detention Center, 832 East Texas Hwy 44, Encinal, TX 78019**
Was Attorney Present During Interview? Yes ☐ No ☒
Location of Interview: **Telephonic**

**INTERVIEW INITIATED: 0935 a.m. CST**

**Language: Spanish**

☒ **Call Interpreter**

Hello interpreter. This is a credible fear interview. Please have form I-870 available for reference. I'm going to place you under oath.

☒ **ADMINISTERED INTERPRETER OATH**

| Officer | Interpreter |
|---|---|
| Do you affirm that you will truthfully, literally and fully interpret the questions asked by the asylum officer and the answers given by the applicant; that you will not add to, delete from, comment on, or otherwise change the matter to be interpreted; and that you will immediately notify the officer in this case if you become aware of your inability to interpret in a neutral manner on account of a bias against the applicant or the applicant's race, religion, nationality, membership in a particular social group, or political opinion? | Yes |
| Do you affirm that you understand that the matters discussed during this interview are confidential? | Yes |

Introduction: Hello. My name is Officer Santos and I will be conducting your interview today through an interpreter, who has been placed under oath to completely interpret everything you say and to keep everything you say confidential. We are having this interview today because you have expressed a fear of returning to your country at some point after you were detained, and today we will discuss what those fears may be.

Q. Do you speak a language other than Spanish?
A. No.

Q. Are you still afraid of returning to Honduras?
A. Yes.

Q: Do you have an attorney or a consultant?
A: No

6

<u>Alien Number:</u> A215 720 900
<u>Name:</u> MEJIA, Marta Alicia
<u>Country:</u> Honduras
<u>Asylum Office:</u> ZHN

<u>Date:</u> 6/15/2018
<u>Asylum Officer:</u> SANTOS, ZHN 387
<u>Language Line</u> #201379
<u>Start:</u>  0935 a.m. CST   <u>Stop:</u>  1100 a.m. CST

Q: An attorney is not required for this interview. However, during this interview, you have the right to have an attorney or consultant present if you would like one. Would you like to have your interview today by yourself or would you like to reschedule so that you can have more time to find an attorney?
A: Continue alone.

Q: Do you have any medical or health issues that I should be aware of?
A: No. thank God no.

Q. Now the interpreter will now explain to you the purpose of this interview.

☒ <u>Interpreter read Section 1.28 (Form I-870) to applicant</u>
**Interpreter, please read Paragraph 1.28 to the Applicant.**

**Q. Do you have any questions about what was just read to you?**
A. No

☒ <u>Applicant received and signed M-444 before interview</u>

☒ Complete interpreter information

☒ <u>Administered Applicant Oath</u>
**Before we begin, I need to place you under oath. Please raise your right hand.
Do you swear to tell the truth, the whole truth and nothing but the truth?**
A. YES

Thank you, you may place your hand down. The interpreter has been sworn in by me earlier and he has promise to keep everything we discuss today confidential. Please speak loudly and clearly into the phone. I'm just going to start by asking some questions about your background information.

*NOTE: THE FOLLOWING NOTES ARE NOT A VERBATIM TRANSCRIPT OF THIS INTERVIEW. THESE NOTES ARE RECORDED TO ASSIST THE INDIVIDUAL OFFICER IN MAKING A CREDIBLE FEAR DETERMINATION AND THE SUPERVISORY ASYLUM OFFICER IN REVIEWING THE DETERMINATION. THERE MAY BE AREAS OF THE INDIVIDUAL'S CLAIM THAT WERE NOT EXPLORED OR DOCUMENTED FOR PURPOSES OF THIS THRESHOLD SCREENING.*

Q. Are you alone in the room you are in right now?
A. Yes.

Q. Was this the first time you entered the United States?
A. YES

Q. Did you ever reside in the US or were you ever here for short periods of time?
A. NO

Q. Did you ever apply for any immigration status in the United States before, such as TPS, asylum or any other immigration benefit?

*Credible-Fear Orientation*                                        Page 2 of 12

7

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST   Stop: 1100 a.m. CST

A. NO

Q. Where are your parents?
A. They died already.

Q. Have they ever been to the US?
A. No

Q. Have your parents ever applied for asylum or any other immigration benefit in the US before?
A. No

Q. Which family members arrived with you to the US? (Even those housed elsewhere?)
A. I came here with my daughter and two grandkids.

Q. What's your daughter's name?
A. Reina Marina Bu-Mejia, 12/17/1974. She was born in Honduras and she came with me.

Q. Where is she?
A. She's also detained but I don't know where.

Q. What is your complete and correct name?
A. MEJIA, Marta Alicia

Q. Have you ever been known by any other names or aliases?
A. NO

Q. Where were you born?
A. Honduras

Q. What is your date of birth?
A. 12/25/1957

Q. Have you used any other dates of birth?
A. NO

Q. Are you a citizen of Honduras?
A. YES

Q. Are you a citizen of any other country?
A. NO

Q. Have you lived in any other countries?
A. NO

*Credible-Fear Orientation*

Page 3 of 12

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST    Stop: 1100 a.m. CST

Q. Do you identify as Hispanic, Indigenous, Mixed, white, black, etc.?
A. Hispanic

Q. Do you have a religion; if so, what is it?
A. Christian

Q. Are you married, single, living with a partner? (Full name, citizenship, and location please)
A. Single.

Q. Do you have any children? (Names, date of birth, and locations please).
A. One. The one that came with me.

Q. What type of work did you do in Honduras?
A. I didn't work. I was too old. I would sell tortillas.

Q. Do you have any family, friends, or relatives in the US with whom would stay, if released? (Name / Address / Relationship / Telephone / Status?)
A. Rina Martinez/Houston, TX/like a daughter to me/ 281-746-5549/LPR

Q. On what date did you leave Honduras for your trip to the US?
A. May 17, 2018

Q. How are you being treated at the facility?
A. Good, thank you.

## CREDIBLE FEAR INTERVIEW - CLAIM

We are about to begin discussing the substance of your claim for asylum.

Q. Have you ever been threatened or harmed in Honduras?
A. Yes.

Q. How many times have you been threatened?
A. Many time. I was not threatened but verbally mistreated. He would mistreat me and call me a bitch all the time.

Q. Can you give me the dates of these incidents?
A. I was with him for about 10 years.

Q. When was the last time you were with him?
A. About 7 years ago, when I left him.

Q. how long were you with him?
A. I lived with him for about 10 years.

*Credible-Fear Orientation*                                                               Page 4 of 12

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST    Stop: 1100 a.m. CST

Q. Do you remember what year you left him?
A. In 2013. I told him I didn't want anything else to do with him.

Q. Who is he?
A. Rafael Lone.

Q. Where is he?
A. he left my house and I didn't hear from him again. Thank God, I never heard from him anymore. I told him that I would call the police on him and he never returned.

Q. When was the last time you heard from him?
A. In 2013.

Q. Did you live with him?
A. No. I was not with him anymore.

Q. When was the last time he lived with you?
A. When I separated from him. That was in 2013.

Q. How did he treat you when you were with him?
A. Very ugly. He would insult me a lot.

Q. What would he tell you?
A. I am embarrassed to tell you. It was ugly words.

Q. What words?
A. I'm embarrassed to say them. If you want me to, I'll tell you.

Q. It's up to you ma'am. If you want to tell me, that's fine.
A. He would call me a prostitute. When I would come from work, he would tell me that. I would cry. Every time I went home, I knew I would go home to fight with him.

Q. Did he ever harm you?
A. Yes. I think the words hurt more than physical pain.

Q. Did he ever physically harm you?
A. No. He tried once. He put a gun to my head once. I told him that if he was going to kill me, to kill me already. That's when I decided to leave him. I told him I would report him to the police. He didn't kill me because he was probably scare. To see a gun to your head, that creates fear.

Q. What happened after he did that?
A. I just closed my eyes. I told him that at least I had a passport to go to heaven and be with Jesus Christ. On the other hand, he was a beast.

*Credible-Fear Orientation*                                                                                   Page 5 of 12

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST    Stop: 1100 a.m. CST

Q. Did anything else happen?
A. After that, I left with my daughter.

Q. Where you ever harmed again by your ex-husband?
A. No. He left and never came back. I never heard from him again.

Q. Has anything else happened to you in Honduras?
A. Well, my daughter and her husband owned a motorcycle shop.

Q. When did they own the shop?
A. Last year. That's when the problem started.

Q. What happen?
A. Some men came to the house. There were some motorcycles ready to be delivered. This person took the bikes. They were not his. My daughter's husband died from a heart attack because he was sad and didn't know how he was going to pay for the motorcycles.

Q. Who took the motorcycles?
A. Some armed men. They were criminals and gang member.

Q. Where were you when they took the bikes?
A. I was with my daughter.

Q. How did you know they were gang members?
A. I saw them. They had tattoos. They had number.

Q. What numbers?
A. I saw the number 18.

Q. How many were they?
A. It was four people that enter.

Q. Do you know why they took the bikes?
A. Because they stole them.

Q. When did that happened?
A. In December 17, 2018. Her husband died in December 29, 2018.

Q. How did he die?
A. Because he was worried how he would pay the motorcycles that didn't belong to him. He had a heart attack.

Q. How many motorcycles did they take?

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST    Stop: 1100 a.m. CST

A. Two.

Q. How much did they cost?
A. I don't know.

Q. Why was he sad about the motorcycles?
A. Because they were not his.

Q. Whose motorcycles were they?
A. Because he was fixing them at the house. The shop was in the house were we lived. Some guys went to leave them so he could fix them but the gang members stole them.

Q. Did he have to pay the motorcycles?
A. Yes. But he didn't have money. He went into depression and got a heart attacked.

Q. Did he ever pay the owners?
A. No. He paid with his death.

Q. Did the gang member tell you anything that day?
A. For no one to move. They told us that if we call the police, they would take out all of us. I got on my knees and started to pray for them not to kill us.

Q. Did they tell you anything else?
A. No. I went to the room with the kids until they left.

Q. Did you hear from them again?
A. No. Those people just told us not to say anything to anyone. They told us that if we reported them, they would kill all of us.

Q. Were you physically harmed that day?
A. No. I was not hit. My heart was hurt because I saw how they would talk to us and treat us.

Q. Did anything else happen that day?
A. No. After they took the motorcycles, we took her husband to the hospital. The doctor said that he only had two hours to live. My daughter told us to take him home instead so he wouldn't die at the hospital. He got better but then he got really bad and took him back to the hospital. That's where he died.

Q. Have you ever been threatened by any family members?
A. No

Q. Have you ever been harmed by a family member?
A. No

-Si su esposa

*Credible-Fear Orientation*

Page 7 of 12

12

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST   Stop: 1100 a.m. CST

Future Harm:

Q. What do you think will happen if you return to Honduras?
A. I don't have family there. My daughter told me that she was going to come here and I didn't want to be there alone so I came with her. Don't think I came here to gain something. I'm an old lady and can't work anymore.

Q. Why did your daughter come to the US?
A. She was scare of the gangs.

Q. Why was she scare?
A. Because she saw everything when they took the bikes.

Q. Do you think the gang could harm you in the future?
A. Yes.

Q. What do you think the gang can do to you?
A. To kill me.

Q. Why would they do that to you?
A. Because I was there when they got there to steal. They saw me and I ran to the room.

Q. Why would they want to kill you?
A. Because they could think I will talk and report them.

Q. Did you report the gang?
A. No. They told us that if anyone said anything, they will kill us.

Q. Did you tell anyone what did the gang do?
A. No. We were scare.

Q. Did the gang bother you again after they stole the bikes?
A. No. We were just scare that they could harm us. They told us that they would come back if we said anything. That's why my daughter decided to leave the country. I couldn't stay alone so I came with her.

Additional Nexus Questions:

Q. Have you ever been threatened and/or harmed or do you fear harm/threats on account of your religion in Honduras?
A. NO

Q. Have you ever been threatened and/or harmed or do you fear harm/threats on account of your race/skin color in Honduras?

*Credible-Fear Orientation*                                                                 Page 8 of 12

13

Alien Number: A215 720 900  
Name: MEJIA, Marta Alicia  
Country: Honduras  
Asylum Office: ZHN  

Date: 6/15/2018  
Asylum Officer: SANTOS, ZHN 387  
Language Line #201379  
Start: 0935 a.m. CST    Stop: 1100 a.m. CST  

Q: Do you believe that the police or government are working or are connected with the people who are trying to harm you?
A: Yes

Q: Why do you think that?
A: The same police officers tell the gangs who report them. Since you give your name and sometimes they take your picture, the gangs get that information and find you to kill you. The police are corrupt.

Q. How do you know that?
A. Because I know that.

Q. Have you ever seen it?
A. Yes. The police charge the taxi drivers and the bus drivers. Do you think they are not involved in corruption if they take money from poeple?

Q. Where have you seen that?
A. When I would go out to the market on the bus, I would see the police stop drivers. Then they would take money from them. All the police are corrupted in my country.

Q. Who would take money from who?
A. The police would take money from the drivers.

Q. Why would the police take money from the drivers?
A. Because they are corrupt. The drivers didn't have a choice because they had to pay the police so the police would let them work.

Q. How do you know that was the reason why the drivers would pay the police?
A. Because some didn't have their proper work and the police would tell them to pay for them to let it go. Also, the police would collect extortion money.

Q. How did you know that the police were collecting extortion money?
A. Because I saw many times that the drivers would have to give them money. The police are not well paid in my country.

Q. Did you ever hear anything from the police?
A. I would see it. I would hear that they would ask for their licenses. When they didn't have any, the drivers were told to give them money. The police are corrupted.

Q. How much money would the drivers give the police?
A. I would see about two hundred.

Q. Did you ever talk to a driver before?
A. No but I would see it all the time.

Q. How did you know they were police officers?
A. Because they had their uniforms on. They had their badges on.

Q. How often did you see this?

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST    Stop: 1100 a.m. CST

✓ A. I would see it all the time. When I would go to the store and I was on the bus, I would see that the drivers had to pay off the police to let them pass and they would collect extortion money.

Q: Could the police or government protect you from the people you fear?
A: NO

Q. How do you know that the government cannot protect you?
A: The same police officers harm you.

Q. Where did you learn this?
A: Because if you try to report them, the same police officers will tell the gangs. You can't trust them. They are all corrupt.

Q. Are there other reasons we have not discussed that you are afraid?
A. No. Just that.

Bars

Q. Have you ever harmed anyone for any reason?
A. NO

Q. Have you ever committed a crime in any country?
A. NO

Q. Have you ever been convicted of a crime in any country?
A. NO

Q. Have you ever committed an armed act or an act that could be considered a terrorist act?
A. NO

Q. Have you ever been a member of an armed group or a group that could be considered a terrorist group?
A. NO

Q. Have you ever provided any type of support, like food, housing, money, weapons transportation, to a person or group who commits armed acts?
A. NO

## LAST CHECK FOR UNDERSTANDING

Q: Did you understand the questions that I asked? YES

Q: Did you understand your interpreter? YES

Q: Interpreter, did you understand the applicant? YES

*Credible-Fear Orientation*                                                                 Page 11 of 12

Alien Number: A215 720 900
Name: MEJIA, Marta Alicia
Country: Honduras
Asylum Office: ZHN

Date: 6/15/2018
Asylum Officer: SANTOS, ZHN 387
Language Line #201379
Start: 0935 a.m. CST    Stop: 1100 a.m. CST

## REVIEW OF SUMMARY OF TESTIMONY
☒ APSO SUMMARIZED THE CASE TO THE APPLICANT AS REQUIRED BY SECTION 3.3, FORM I-870

| Summary of testimony |
|---|
| You testified that you are afraid to return to Honduras because you have been threatened by death by members of the 18 Street gang. In addition, you were threatened by death by your ex-husband back in 2013. While you were married to your ex-husband, he mistreated you and called you ugly names. For that reason, you told him to leave and you haven't heard from him again. In December 2017, four members of the gang went to your home and stole two motorcycles. Your son-in-law had a motorcycle shop and the two motorcycles the gang members stole did not belong to him. For that reason, your son-in-law had a heart attack soon after and died. You are afraid because the gang members told you that if you said anything, they would return and kill everyone in the house. You believe if you returned the harm will continue and the government cannot protect you. You did not report to the police because you were threatened to be killed if you did. You believe that if you return to Honduras you will be killed. |

Q: Is this summary correct?
A: YES

Q: Are there any changes or additions you would like to make?
A: NO

Q: Is there anything else that is important to your claim that we have not yet discussed?
A: NO

## INTERVIEW CLOSING
☒ Interpreter Please Read **Section 3.2** (I-870) to applicant

Q: Do you understand what was read to you?
A: YES

Q: Do you have any comments or questions?
A: NO

Q: I want to thank you for your time and for expressing your fear to me today. You have a great rest of your day.
A: Thank you.

That concludes the interview today.

ORIENTATION CONCLUDED: 1100 a.m CST

**NOTES END**

*Credible-Fear Orientation*                                                                 Page 12 of 12