# EXHIBIT G



U.S. Department of Homeland Security
P. O. Box 670626
Houston, TX  77267

**U.S. Citizenship
and Immigration
Services**

---

August 9, 2018

RAICES
1305 N. Flores
San Antonio, Texas 78212

RE:    Marta Alicia Mejia, A215 720 900

Dear Counsel,

We have received your correspondence dated August 7, 2018 requesting that USCIS reconsider its negative credible fear determination for your client.  USCIS credible fear screening determinations are not subject to motions to reopen or reconsider.  Governing regulations provide that the avenue for an applicant to challenge a USCIS credible fear screening determination is to seek review of that screening determination from an immigration judge.  While USCIS can, solely in its own discretion, reconsider its screening determination where information comes to its attention that it believes warrants such action, USCIS does not believe such reconsideration is warranted in your client's case.

Sincerely,

For Robert Daum, Director
Houston Asylum Office