## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTA ALICIA MEJIA** and **E.G.S.**, a minor,<br><br>          **Plaintiffs**,<br><br>     v.<br><br>**U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL.**,<br><br>          **Defendants**. | Case No. 1:18-cv-02096-PLF<br><br>Judge Paul L. Friedman |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Court, having considered Plaintiffs' Motion for Preliminary Injunction and the opposition thereto, it is hereby

ORDERED that the motion is GRANTED.

Defendants are HEREBY (1) enjoined from effecting the unlawful forced separation of Ms. Mejia and her son E.G.S.; (2) ordered to not oppose the release of Ms. Mejia and her family on their own recognizance; (3) enjoined from removing Ms. Mejia from the United States until she is reunited with E.G.S.; and (4) enjoined from removing Ms. Mejia without her son, absent Ms. Mejia's permission or a hearing before a court should Ms. Mejia not be permitted to remain in the United States.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                                          Paul L. Friedman
                                                                          UNITED STATES DISTRICT COURT JUDGE